IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| MICHAEL TIDWELL, | ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 14-0025-CG-B |
| RICHARD STRINGER, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 1, 2014 (Doc. 18) is adopted as the opinion of this Court.

It is **ORDERED** that the Defendants' motion for partial dismissal (Docs. 8,9) be and is hereby **DENIED**.

**DONE and ORDERED** this 3rd day of June, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE