IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL TIDWELL, | * | |
| Plaintiff, | * | |
| vs. | * | Case No.: 1:14-cv-00025 |
| | * | |
| RICHARD STRINGER, Et. Al. | * | |
| Defendants. | * | |
| | * | |

## NOTICE OF FILING

I hereby certify that I have on this date served counsel for all parties to this action with a copy of the following material, to-wit:

- Plaintiff's Response to Defendant's First Set of Interrogatories.

Done this 26th day of August, 2014.

Respectfully Submitted,

/s/ S. Joshua Briskman (BRI041)
Attorney for Plaintiff

OF COUNSEL:

BRISKMAN & BINION, P.C.
Post Office Box 43     (36601)
205 Church Street     (36602)
Mobile, Alabama
251.433.7600
251.433.4485 Fax
jbriskman@briskman-binion.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this the 26th day of August, 2014, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF participants:

Henry Brewster
HENRY BREWSTER, LLC
205 N. Conception Street
Mobile, AL 36603
hbrewster@brewsterlaw.net

J. Randall McNeill
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
P.O. Box 240909
Montgomery, AL 36124
rmcneill@webbeley.com

                */s/S. Joshua Briskman*
                OF COUNSEL