IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL TIDWELL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:14-cv-00025-CG-B |
| | ) |
| **RICHARD STRINGER, et al.,** | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM BRIEF IN SUPPORT OF DEFENDANTS EARNEST GARDNER, NELSON THOMSON, AND DORIS WEAVER'S PARTIAL MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

COME NOW Earnest Gardner, Jailer, Washington County Jail; Nelson Thompson, Jailer, Washington County Jail; and Doris Weaver, Jailer, Washington County Jail,[1] by and through counsel, and in support of their Partial Motion to Dismiss, filed contemporaneously herewith, adopt the Memorandum Brief in Support of the Partial Motion to Dismiss filed by co-defendants Janise Robinson and Ferrell Grimes. (Doc. 51).  The grounds and arguments previously asserted are the same as those advanced by these Defendants – that these Defendants have absolute immunity to the state-tort claims and that Code of Alabama § 14-6-19 does not create a separate cause of action.

---

[1] The Second Amended Complaint also named Latonia Peters as a defendant, but she was dismissed by the Plaintiff on November 10, 2014.

Wherefore, these Defendants ask this Court to consider the arguments previously advanced and dismiss Counts Five and Six of the Second Amended Complaint.

Respectfully submitted this the 18th day of November, 2014.

> **s/J. Randall McNeill**
> J. RANDALL McNEILL (MCNEJ4841)
> Attorney for Defendants Gardner,
> Thompson, and Weaver
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Dr. (36117)
> P.O. Box 240909
> Montgomery, AL  36124
> (334) 262-1850
> (334) 262-1772 Fax
> rmcneill@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of November, 2014, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF participants:

| | |
|---|---|
| Henry Brewster, Esquire | Samuel Joshua Briskman, Esquire |
| HENRY BREWSTER, LLC | BRISKMAN & BINION, PC |
| 205 N. Conception Street | 205 Church Street |
| Mobile, Alabama  36603 | Mobile, Alabama  36602 |
| hbrewster@brewsterlaw.net | jbriskman@briskman-binion.com |

> **s/ J. Randall McNeill**
> OF COUNSEL