IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL TIDWELL, | ) |
| Plaintiff | ) ) ) |
| vs. | ) CIVIL ACTION NO. 14-0025-CG-B |
| RICHARD STRINGER, et al, | ) ) ) |
| Defendants. | ) |

**ORDER**

The parties having filed a joint Stipulation of Dismissal (Doc. 76) on April 3, 2015,[1] it is **ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear his or her own costs.[2]

**DONE** and **ORDERED** this 7th day of April, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] By Order entered on November 10, 2014 (Doc. 59), Plaintiff's claims against Defendant Latonia Peters was dismiss with prejudice as of November 17, 2014.

[2] In light of the foregoing, Defendants' pending motions to dismiss (Docs. 50,67) are hereby deemed to be **MOOT**.